## 14076.  BONEY *v.* THE STATE.

Where alleged newly discovered evidence, relied on as a ground for a new
trial, is cumulative and impeaching in character and is contradicted by
a counter-showing, the discretion of the trial judge in refusing a new
trial on this ground will not be interfered with by this court.

DECIDED JANUARY 10, 1923.

Conviction of shooting at another; from Laurens superior court
— Judge Kent.   September 16, 1922.

*Adams, Camp & Youmans,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.

BLOODWORTH, J. 1. The only ground of the motion for a new
trial other than the general grounds is based upon alleged newly
discovered evidence, the only effect of which would be to impeach
the chief witness for the State.   " Though the witness sought to
be impeached by newly discovered evidence was the only witness
against the prisoner upon a vital point in the case, if the sole effect
of the evidence would be to impeach the witness a new trial will
not be granted."   *Arwood* v. *State,* 59 *Ga.* 391; *Levining* v. *State,*
13 *Ga.* 513; *Wright* v. *State,* 34 *Ga.* 110 (2) ; *Jackson* v. *State,* 93
*Ga.* 190 (18 S. E. 401).; *Haynes* v. *State,* 18 *Ga. App.* 741 (3)
. 742, 743 (90 S. E. 485), and cases cited.   Moreover, in *Edenfield*
. v. *Brinson,* 149 *Ga.* 377 (3) (100 S. E. 373), it was held: " Where
newly discovered evidence is relied upon as a ground for a new
trial, and it appears from an examination of the approved brief
of evidence that the alleged newly discovered evidence was cumula-
tive and impeaching in character, and, from a counter-showing
made, that the evidence is conflicting as to the truth of some of
the facts claimed to be newly discovered evidence, the reviewing
court will not interfere with the discretion of the court below in
refusing a new trial upon such ground.   Civil Code, §§ 6085-6086 ;
*Atlanta Consolidated Street Railway Co.* v. *McIntire,* 103 *Ga.* 568
(29 S. E. 766)."   See *Colquitt* v. *State,* 27 *Ga. App.* 44 (107 S. E.
396).   The foregoing rulings dispose of the special ground of the
motion for a new trial.

2. There is ample evidence to support the verdict, which has
the approval of the trial judge, and, as no error of law is shown,
.the judgment is

*Affirmed.   Broyles, C. J., and Luke, J., concur.*